TRINA A. HIGGINS, United States Attorney (#7349)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email:   stephen.nelson@usdoj.gov

---

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.  22mj636 CMR |
| Plaintiff, | SEALED FELONY COMPLAINT |
| vs. | **COUNT 1**: 21 U.S.C. § 841(a)(1) Distribution of Methamphetamine |
| **AUTUMN DOLYE**, | **COUNT 2**: 18 U.S.C. § 924(c) Carrying a Firearm During and In Relation to a Drug Trafficking Crime |
| Defendant. | **COUNT 3**: 18 U.S.C. § 922(g)(1) Felon in Possession of Firearm |
| | Judge Cecilia M. Romero |

Before the Honorable Cecilia M. Romero, United States Magistrate Judge for the

District of Utah, appeared the undersigned, who on oath deposes and says:

### COUNT 1
**21 U.S.C. § 841(a)(1)**
**(Distribution of Methamphetamine)**

On or about August 26, 2022, in the District of Utah,

**AUTUMN DOLYE**,

defendant herein, did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 2
### 18 U.S.C. § 924(c)
### (Carrying a Firearm During and In Relation to a Drug Trafficking Crime)

On or about August 26, 2022, in the District of Utah,

**AUTUMN DOLYE**,

defendant herein, did knowingly carry a firearm, to wit: a Glock model 43x, 9mm caliber, semi-automatic pistol, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States as set forth in Count 1 and incorporated herein, that is, knowingly and intentionally distributing methamphetamine, in violation of 21 U.S.C. § 841(a)(1); all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
### 18 U.S.C. § 922(g)(1)
### (Felon in Possession of Firearm and Ammunition)

On or about August 26, 2022, in the District of Utah,

**AUTUMN DOLYE**,

defendant herein, knowing he had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, to wit: one Glock model 43x, 9mm caliber, semi-automatic pistol, and the firearm was in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

This Complaint is made on the basis of investigation described in the affidavit below, and with the following elements for the charged counts as follows:

The elements of Count 1, violation of 21 U.S.C. § 841(a)(1), Distribution of Methamphetamine, are:

      a.    The defendant knowingly or intentionally distributed methamphetamine as charged; and

      b.    The substance was, in fact, methamphetamine;

The elements of Count 2, violation of 18 U.S.C. § 924(c), Carrying a Firearm During and In Relation to a Drug Trafficking Crime, are:

      a.    The defendant did knowingly carry a firearm during a drug trafficking crime; and

      b.    The drug trafficking crime at issue in this charge is Distribution of Methamphetamine, as charged in Count 1 of this Complaint.

The elements of Count 3, violation of 18 U.S.C. § 922(g), Felon in Possession of a Firearm, are:

      a.    The defendant knew he had been convicted of an offense punishable by more than one year;

      b.    The defendant knowingly possessed a firearm; and

      c.    The firearm the defendant knowingly possessed was in and affecting commerce.

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

Complainant, Sean Nicolio, being duly sworn, hereby states that this Felony Complaint is based on information obtained through an investigation consisting of the following:

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been employed since July of 2019. I am a graduate of the

Criminal Investigator Training Program and ATF Special Agent Basic Training program held at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received specialized training in the enforcement of federal firearm and explosive laws. My duties and responsibilities include participating in the investigation and prosecution of persons who violate federal firearm laws and related federal criminal laws. As an ATF SA, I have participated in the investigation of persons who have violated federal laws. The majority of these investigations involved firearms and/or narcotics-related violations. Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States. As a result of my training and experience as an ATF SA, I am familiar with federal laws, including but not limited to the offenses listed above.

2.      Prior to my employment by the ATF, I was a Uniformed Division Officer-Technician with the United States Secret Service for almost 10 years.

3.      On August 26, 2022, Metro Gang Unit (MGU) detectives used a confidential informant, hereafter referred to as CI-1[1], to purchase 6.16 grams of field-tested positive methamphetamine and a firearm, a Glock, model 43x, 9mm caliber, semi-automatic pistol, from Autumn DOLYE, a convicted felon,[2] at a hotel parking lot in Sandy, Utah.

4.      Prior to the transaction, CI-2[3], contacted DOYLE, and DOYLE agreed to sell

---

[1] CI-1 has a criminal history.   CI-1 is currently working for monetary gain.   CI-1 has conducted numerous controlled purchases of illegal narcotics and firearms, which has resulted in several defendants being convicted in federal court.

[2] DOYLE was convicted of Possession of a Controlled Substance, a 3rd Degree Felony, in Utah's Fourth Judicial District Court (Case No. 141400568) on September 29, 2014.

[3] CI-2 has some criminal history.   CI-2 is currently working off charges from a prior case.   CI-2 has provided reliable information thus far which a resulted in multiple successful controlled purchases of firearms and illegal narcotics.

methamphetamine and a firearm to CI-1 in the area of Sandy, Utah.

5.      CI-1 and CI-2 then traveled to Sandy, Utah, in order to complete the arranged transaction and parked in the area of a hotel parking lot.   In this parking lot, surveillance units witnessed DOYLE enter the CIs' vehicle.   While in the vehicle, DOLYE handed CI-1 6.16 grams of field-tested positive methamphetamine and the Glock, model 43x, 9mm caliber, semi-automatic pistol, which was loaded with ammunition.   In exchange for the methamphetamine and firearm, CI-1 handed DOYLE $700.00 in government funds.

6.      I am familiar with the firearm CI-1 purchased from DOYLE.   I know through my training and experience that this firearm was manufactured outside the state of Utah and, thus, traveled in interstate commerce prior to coming into DOYLE's possession on August 26, 2022.

7.      After the transaction was complete, DOLYE and the CIs went their separate ways. Agents searched the CIs and their vehicle for contraband before and after this controlled purchase with negative results.   Agents monitored the CIs physically while also utilizing electronic surveillance equipment throughout the entire operation.

8.      Based on the foregoing information, I respectfully request that a warrant of arrest be issued for **AUTUMN DOLYE** for violations of 21 U.S.C. § 841(a)(1), 18 U.S.C. § 924(c), and 18 U.S.C. § 922(g)(1).

SEAN NICOLIO  Digitally signed by SEAN NICOLIO
Date: 2022.09.14 16:56:18 -06'00'

Affiant, ATF
Special Agent Sean Nicolio

SUBSCRIBED AND SWORN to before me this 15th day of September, 2022.


Cecilia M. Romero
United States Magistrate Judge


APPROVED:

TRINA A. HIGGINS
United States Attorney

/s/ *Stephen L. Nelson*


STEPHEN L. NELSON
Assistant United States Attorney